ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 JUN 30 AM 9: 28

CLERK _____
SO. DIST. OF GA.

JULIAN AQUINO-LANDEROS, )
)
    Movant, )
)
v. )   Case No. CV605-31
)   [Underlying CR603-22]
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 30 day of June, 2005.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA



AO 450 (GAS Rev 10/03) Judgment in a Civil Case

**ORIGINAL**

# United States District Court
## Southern District of Georgia

JULIAN AQUINO-LANDEROS,

    Movant,

           JUDGMENT IN A CIVIL CASE

V.           CASE NUMBER: CV605-31 (CR603-22)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of June 30, 2005, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of the Court and dismissing Movant's instant § 2255 motion, judgment of dismissal is hereby entered. This action stands closed.

**E.O.D.**

6-30-05

| June 30, 2005 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |

# United States District Court
## Southern District of Georgia

JULIAN AQUINO-LANDEROS )

vs ) CASE NUMBER  CV605-31 (CR603-22)

UNITED STATES OF AMERICA ) DIVISION  STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated June 30, 2005, which is part of the official record of this case.

Date of Mailing: June 30, 2005

Date of Certificate   ☐ same date,   or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Julian Aquino-Landeros, 11656-021, Seagoville Federal Detention Center, P.O. Box 9000, Seagoville, TX  75159-9000
Amy Lee Copeland, Esq.

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate